Cynthia F. Newton
WSBA#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: cnewton@tcnf.legal

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVELYN ZABO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-01605-MJP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY |

Plaintiff moves the court pursuant to LCR 83.2(b) through the undersigned counsel that Aaron Engle is substituted for Cynthia Newton as Plaintiff's counsel to comply with rules under *pro hac vice*.

PAGE 1 – MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY

Service of all further pleadings, notices, documents, or other papers not filed electronically, may be made upon Plaintiff through the attorney listed below.

Aaron I. Engle
Attorney at Law
100 2nd Avenue South, Suite 210
Edmonds, WA  98020
Phone: 206-623-7520
Email: aaron@aaronenglelaw.com

DATED this 16th day of October, 2024.

Respectfully submitted,

**THOMAS, COON, NEWTON & FROST**

*s/ Cynthia F. Newton*
Cynthia F. Newton, WSBA#: 144297
503-228-5222
*Of Attorneys for Plaintiff*

*s/ Aaron I. Engle*
Aaron I. Engle, WSBA#: 37955
206-623-7520
*Of Attorneys for Plaintiff*

PAGE 2 – MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY

**ORDER**

Plaintiff's motion is GRANTED. Pursuant to LCR 83.2(b), Attorney Aaron Engle is now substituted for Attorney Cynthia Newton as Plaintiff's counsel of record.

IT IS SO ORDERED.

DATED this 16th day of October 2024.

Marsha J. Pechman
United States District Judge

PAGE 3 – MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY