UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| EVELYN ZABO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:24-cv-01605-MJP<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

Plaintiff Evelyn Zabo ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln") have filed their Stipulated Motion for Extension of Time to Respond to Complaint, up through and including December 3, 2024, for Lincoln to answer, present defenses, or otherwise respond to Plaintiff's Complaint.

IT IS HEREBY ORDERED that Lincoln shall file its responsive pleading no later than December 3, 2024.

//

//

//

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 1
Case No. 2:24-cv-01605-MJP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1  DATED: November 13, 2024.

*[signature]*

HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

[~~PROPOSED~~] ORDER GRANTING
STIPULATED MOTION FOR
EXTENSION OF TIME TO RESPOND TO
COMPLAINT - 2
Case No. 2:24-cv-01605-MJP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA 98101
    Telephone: (206) 693-7052
    Facsimile: (206) 693-7058
    Email: russell.buhite@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

Approved as to Form; Presentation Waived:

AARON ENGLE LAW, PLLC

By: */s/ Aaron I. Engle*
    Aaron I. Engle, WSBA #37955
    100 2nd Avenue South, Suite 210
    Edmonds, WA 98020-3551
    Telephone: (206) 623-7520
    Facsimile: (206) 622-7068
    Email: aaron@aaronenglelaw.com

THOMAS, COON, NEWTON & FROST

By: */s/ Scott A. Sell*
    Scott A. Sell, OSB #144297
    (admitted *pro hac vice*)
    820 SW 2nd Avenue, Suite 200
    Portland, OR 97204
    Telephone: (503) 228-5222
    Facsimile: (503) 273-9175
    Email: ssell@tcnf.legal

*Attorneys for Plaintiff Evelyn Zabo*

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT - 3
Case No. 2:24-cv-01605-MJP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058